IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 207 MR WCM

| CROSSET COMPANY, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MOUNTAIN FOOD PRODUCTS, LLC and RONALD AINSPAN, | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Elizabeth Tramm Dechant. The Motion indicates that Ms. Dechant, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Crosset Company, LLC, and that she seeks the admission of Eric Michael Kyser, who the Motion represents as being a member in good standing of the Bar of the State of Ohio. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Eric Michael Kyser to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 4, 2020

W. Carleton Metcalf
United States Magistrate Judge