IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00207-MR-WCM

| | | |
|---|---|---|
| CROSSET COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MOUNTAIN FOOD PRODUCTS, LLC and RONALD AINSPAN, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants Mountain Food Products, LLC and Ronald Ainspan on July 31, 2020. [Doc. 1]. On August 14, 2020, the Plaintiff filed affidavits of service, indicating that the Defendants had been served. [Docs. 6, 7]. When the Defendants failed to appear or otherwise defend this action, the Plaintiff moved for the entry of default against both Defendants. [Doc. 10]. The Clerk made an entry of default against each Defendant on September 30, 2020. [Docs. 11, 12]. Since that date, however, the Plaintiff appears to have made no effort to prosecute the action further against the Defendants.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendants. The Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of its claims against them.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants. **The Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of its claims against them.**

IT IS SO ORDERED.

Signed: January 4, 2021

Martin Reidinger
Chief United States District Judge